**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| | |
|---|---|
| Meridian Products LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | **S U M M O N S**<br><br>CIT No. 13-00246 |

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

    L.S.            /s/Tina Potuto Kimble
                     Clerk of the Court

---

1. <u>Name and Standing of Plaintiff</u>

   Meridian Products LLC ("Meridian"), is the importer of certain kitchen appliance door handles. Meridian requested a scope inquiry that lead to the Department's June 21, 2013, scope ruling. The plaintiff thus has standing to bring this action under 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>

   Meridian is contesting the Department of Commerce's determination that certain kitchen appliance door handles are within the scope of the antidumping and countervailing duty orders on aluminum extrusions from the People's Republic of China.

3. <u>Date of Determination</u>

   June 21, 2013

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

 N/A.

        Daniel Cannistra, Esq.

        Crowell & Moring LLP
        1001 Pennsylvania Avenue, N.W.
        Washington, D.C.  20004-2595
        (202) 624-2500

        <u>Counsel for Meridian Products LLC</u>

/s/ Daniel Cannistra
_____
Signature of Plaintiffs' Attorney

      7/10/2013
_____
        Date

**SERVICE OF SUMMONS BY THE CLERK**

This is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, as amended (19 U.S.C. § 1516a(a)(2)). Pursuant to Rule 3(a)(2), this action is commenced by filing a summons only. Pursuant to Rules 4(a)(1) and (4), the Clerk of the Court is requested to make service of the summons on each of the following named defendants:

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY  10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C.  20530

Chief Counsel for Import Administration
U.S. Department of Commerce
14th Street and Constitution Avenue, N.W.
Washington, D.C.  20230