# CERTIFICATE OF SERVICE

      I, Daniel Cannistra, on behalf of Meridian Products LLC ("Meridian"), hereby certify that on July 10, 2013, copies of the *Summons, Form 5 – Information Statement, Form 13 – Disclosure* of *Corporate Affiliations and Financial Interest, and Compliant,* Ct. No. 13-00246, were served on the following interested parties.

**<u>VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:</u>**

<u>On Behalf of the United States of America</u>
Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, New York 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C.  20005

<u>On Behalf of the Department of Commerce</u>
Chief Counsel for Import Administration
U.S. Department of Commerce
14th Street and Constitution Ave., N.W.
Washington, D.C. 20230

<u>On Behalf of Aluminum Extrusions Fair Trade Committee</u>
Alan H. Price, Esq.
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

                                             /s/ Daniel Cannistra
                                              _____
                                              Daniel Cannistra